AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shadid, James E. | United States District Court, Central District of Illinois | 11/16/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| chief United States District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
100 N.E. Monroe, Room 204
Peoria, IL 61602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Bradley University, Peoria, IL |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/01-3/11 | Judges Retirement System of Illinois - Pension upon retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 11/16/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanly Smith Barney Acct. 1 | A | Interest | K | T | | | | | |
| 2. IRA 1 - Lines 2-66 | | | O | T | | | | | |
| 3. -Abbott Laboratories (ABT) | D | Int./Div. | K | T | | | | | |
| 4. -ABBVIE(ABBV) | D | Int./Div. | K | T | | | | | |
| 5. -Alphabet Inc. CLC (Goog)See Explanation Part VIII | B | Int./Div. | J | T | | | | | |
| 6. -AT&T Inc. | A | Int./Div. | | | Sold | 11/09/16 | J | D | |
| 7. -Bank of America Corp. (BAC) | D | Int./Div. | K | T | | | | | |
| 8. -Barrick Gold Corp CAD (ABX) | A | Int./Div. | J | T | | | | | |
| 9. -Berkshire Hatthaway Inc. CL B (BRK'B) | D | Int./Div. | K | T | | | | | |
| 10. -Biogen IDEC Inc. (BLLB) | E | Int./Div. | K | T | | | | | |
| 11. -Cablevision Systems Corp (CVC) | A | Int./Div. | | | Sold | 06/21/16 | J | C | |
| 12. -Caterpillar Inc. (CAT) | A | Int./Div. | | | Sold | 06/10/16 | J | A | |
| 13. -Chubb Corp. (CB) | B | Int./Div. | J | T | | | | | |
| 14. -Cisco Sys. Inc. (CSCO) | D | Int./Div. | J | T | | | | | |
| 15. -Dolby Laboratories Inc. (DLB) | A | Int./Div. | | | Sold | 11/09/16 | J | A | |
| 16. -EBAY Inc. (EBAY) | C | Int./Div. | J | T | | | | | |
| 17. -Emerson Electric Co. (EMR) | B | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Exxon Mobil Corp. (XOM) | B | Int./Div. | J | T | | | | | |
| 19. -Fluor Corp. New (FLR) | A | Int./Div. | J | T | | | | | |
| 20. -Freeport McMoran Copper & Gold (FCX) | A | Int./Div. | J | T | | | | | |
| 21. -Gamestop Corp CLA New (GME) | A | Int./Div. | J | T | Buy | 09/28/16 | J | | |
| 22. -Gap Inc. Delaware (GPS) | A | Int./Div. | J | T | | | | | |
| 23. -Home Depot Inc. (HD) | E | Int./Div. | K | T | | | | | |
| 24. -Intel Corp. (INTC) | D | Int./Div. | J | T | | | | | |
| 25. -Intl. Business Machines Corp. (IBM) | B | Int./Div. | K | T | | | | | |
| 26. -Johnson & Johnson (J&J) | D | Int./Div. | K | T | | | | | |
| 27. -JPMorgan Chase & Co. (JPM) | A | Int./Div. | | | Sold | 11/11/16 | J | D | |
| 28. -Juniper Networks Inc. (JNPR) | B | Int./Div. | J | T | | | | | |
| 29. -Kopernik Glb all Cap Instl | A | Int./Div. | J | T | | | | | |
| 30. -Kraft Heinz Co. (KHC) | B | Int./Div. | J | T | | | | | |
| 31. -L3 Communications Hldgs Inc. (LLL) | D | Int./Div. | J | T | | | | | |
| 32. -Lam Research (fka Novellus) (LRCX) | D | Int./Div. | J | T | | | | | |
| 33. -Liberty Media Corp SER A LMCA | A | Int./Div. | | | Sold | 09/28/16 | J | B | |
| 34. -Liberty Media Corp SER C LMCK | A | Int./Div. | | | Sold | 09/28/16 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Liberty Trip Advisor Holdgs. INc. LTRPA | A | Int./Div. | | | Sold | 09/28/16 | J | A | |
| 36. -Liberty Inter Co. Venture SER A LVNTA | A | Int./Div. | | | Sold | 09/28/16 | J | B | |
| 37. -Liberty Interactive Co. Inter A QVCA | A | Int./Div. | | | Sold | 09/28/16 | J | B | |
| 38. -Liberty Broadband Corp. S-A LBRDA | A | Int./Div. | | | Sold | 09/28/16 | J | B | |
| 39. -Liberty Broadband Corp S-C LBRDK | A | Int./Div. | | | Sold | 09/28/16 | J | A | |
| 40. -McKesson Corporation (MCK) | C | Int./Div. | J | T | | | | | |
| 41. -Merck & Co. Inc. New (MRK) | A | Int./Div. | J | T | | | | | |
| 42. -Microsoft Corp. (MSFT) | D | Int./Div. | K | T | | | | | |
| 43. -Mondelez Intl. (MDLZ) | B | Int./Div. | J | T | | | | | |
| 44. -Nasdaq OMX Group Inc. (NDAQ) | B | Int./Div. | J | T | | | | | |
| 45. -Novartis AG ADR (NVS) | B | Int./Div. | J | T | | | | | |
| 46. -Nucor Corp. (NUE) | A | Int./Div. | J | T | | | | | |
| 47. -Oaktree Capital CP LLC UT-A | A | Int./Div. | J | T | | | | | |
| 48. -Pepsico Inc. (PEP) | D | Int./Div. | J | T | | | | | |
| 49. -Paypal Hldgs. (PYPL) | C | Int./Div. | K | T | | | | | |
| 50. -Petroleo Brasileiro SA (PBR) | A | Int./Div. | | | Sold | 11/09/16 | J | C | |
| 51. -Pfizer Inc. (PFE) | D | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Pimco (PCI) See note in Part VIII | A | Int./Div. | K | T | Buy | 08/20/13 | J | | |
| 53. -Proctor & Gamble Co. (PG) | C | Int./Div. | J | T | | | | | |
| 54. -Starz Liberty Capital f/k/a Liberty Media Corp. Cap (STRZA) | A | Int./Div. | | | Sold | 09/28/16 | J | B | |
| 55. -State Street Cor. (STT) | D | Int./Div. | K | T | | | | | |
| 56. -Taiwan Semiconductor Mfg. (TSM) | D | Int./Div. | J | T | | | | | |
| 57. -Texas Instruments Inc. (TXN) | D | Int./Div. | K | T | | | | | |
| 58. -Unilever PLC Spons ADR NEW (UL) | D | Int./Div. | K | T | | | | | |
| 59. -United Parcel Service CLB (UPS) | C | Int./Div. | J | T | | | | | |
| 60. -Verizon Communications (VZ) | B | Int./Div. | J | T | | | | | |
| 61. -Viacom Inc. (VIAB) | A | Int./Div. | J | T | Buy | 09/28/16 | J | | |
| 62. -VISA Inc. Com CLA (V) | E | Int./Div. | K | T | | | | | |
| 63. -Vodafone Group PLC Spons (VOD) | A | Int./Div. | J | T | | | | | |
| 64. -Walgreens (WAG) n/k/a Walgreen Boots (WBA) | D | Int./Div. | J | T | | | | | |
| 65. -Walt Disney Co. (DIS) | E | Int./Div. | J | T | | | | | |
| 66. -Morgan Stanly Smith Barney Bank Deposit Program - Cash | | | L | T | | | | | |
| 67. IRA 2 (Lines 67-70) | A | Int./Div. | K | T | | | | | |
| 68. -Consolidated Edison Inc. (ED) | C | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Legg Mason CB Large Cap Growth SBLGX | A | Int./Div. | J | T | | | | | |
| 70. -Morgn Stanly Smith Barney Bank Deposit Program - Cash | A | Int./Div. | J | T | | | | | |
| 71. Morgan Stanley Smith Barney Acct. 2 (Lines 71-74) | | | K | T | | | | | |
| 72. -Legg Mason CB Appreciation CL SHAPX | A | Int./Div. | K | T | | | | | |
| 73. -Legg Mason Clearbridge Aggress - SHRAX | A | Int./Div. | K | T | | | | | |
| 74. -Morgan Stanley Smith Barney Bank Deposit Program - Cash | A | Int./Div. | J | T | | | | | |
| 75. MSSB Acct. 3 (Lines 76-87) | | | M | T | | | | | |
| 76. -Alibaba Group Holdings, Ltd. | A | Int./Div. | | | Sold | 09/28/16 | J | B | |
| 77. -Alcoa Inc. (AA) | A | Int./Div. | J | T | | | | | |
| 78. -Arconic (ARNC)(x) | A | Int./Div. | J | T | | | | | |
| 79. -Citigroup Inc. NEW | C | Int./Div. | K | T | | | | | |
| 80. -Eaton Corp PLC SHS | A | Int./Div. | J | T | | | | | |
| 81. -Gilead Science | A | Int./Div. | J | T | | | | | |
| 82. -Hortonworks Inc. Com(HDP) | A | Int./Div. | J | T | | | | | |
| 83. -Michael Kors Holdings Ltd. | A | Int./Div. | J | T | | | | | |
| 84. -SPDR Trust Series 1 (SPY) | A | Int./Div. | K | T | | | | | |
| 85. -Walgreen Co. n/k/a Walgreens Boots Alliance (WBA) | B | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Workday Inc. CL A (WDAY) | A | Int./Div. | J | T | | | | | |
| 87. - Morgan Stanley Smith Barney - Cash | A | Int./Div. | K | T | | | | | |
| 88. Morgan Stanley Smith Barney Acct. 4 (All Cash) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 11/16/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII-Line 5 - On October 5, 2015 Google Inc. underwent a name change and is now known as Alphabet Inc. CLC and Alphabet Inc. CLA. This was reported last year on line 25 as Google n/k/a Alphabet Inc, and has simply been moved to it's alphabetically correct line.

Part VII- Line 52 - Pimco (PCI) was apprently purchased on 8/20/2013, but inadvertently left off of prior years reports.

Part VII - Previously Line 74 - Legg Mason CB Large Cap Growth SBLGX was never a part of the Morgan Stanley Smith Barney Account 2. This was only held in the IRA I Account, listed on line 69. Accordingly it has been removed from this years report under Morgan Stanly Smith Barney Account 2.

Part VII - Line 77 & 78 - In 2016 Alcoa split into two companies, Alcoa (AA) and Arconic (ARNC).

Part VII - Line 88 -In 2016 Account 4 was added as part of estate planning.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Shadid**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544